McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA NEGRETE,<br><br>        Plaintiff,<br><br>  v.<br><br>FAMILY HEALTHCARE NETWORK; ISELA PENUNRI, M.D.; BORIS SUAREZ, PA-C; MELISSA SIEGENTHALER, PCA; Does 1 to 10, Inclusive,<br><br>        Defendants. | 1:06-cv-01688-LJO-SMS<br><br>**STIPULATION SUBSTITUTING UNITED STATES OF AMERICA FOR NAMED DEFENDANTS FAMILY HEALTHCARE NETWORK; ISELA PENUNRI, M.D.; BORIS SUAREZ, PA-C; AND MELISSA SIEGENTHALER, PCA; [PROPOSED] ORDER THEREON** |

    Plaintiff Veronica Negrete and the United States of America, by and through undersigned counsel, hereby stipulate that:

    (1) By operation of the Federally Supported Health Centers Assistance Act, codified at 42 U.S.C. § 233(g)-(n), named defendants Family Healthcare Network; Isela Penunri, M.D.; Boris Suarez, PA-C; and Melissa Siegenthaler, PCA, are covered under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680;

(2) In this FTCA action, the United States of America should be, and is hereby, substituted under 28 U.S.C. § 2679(d)(1), for named defendants Family Healthcare Network; Isela Penunri, M.D.; Boris Suarez, PA-C; and Melissa Siegenthaler, PCA;

(3) Does 1 to 10 are not proper named defendants; and

(4) This case should hereinafter be entitled "*Veronica Negrete v. United States of America*."

Dated: March 28, 2007.

Respectfully submitted,

| QUINLAN, KERSHAW & FANUCCHI | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| By: /s/David M. Moeck<br>DAVID M. MOECK<br>Attorneys for Plaintiff<br>Veronica Negrete | By: /s/Kimberly A. Gaab<br>KIMBERLY A. GAAB<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>United States of America |

IT IS SO ORDERED.

**Dated:   March 29, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES DISTRICT JUDGE