McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NEGRETE, ) | 1:06-cv-01688-LJO-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER MODIFYING** |
| ) | **LITIGATION SCHEDULE** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

The parties to this action, through their attorneys, submit this stipulation and proposed order to modify the litigation schedule by extending the deadline for completing expert discovery.

This is a medical malpractice action.  Plaintiff alleges injuries arising out of an intramuscular injection she received at a federally supported rural health clinic. Examinations that occurred late in the fact discovery period revealed issues requiring further evaluation by medical professionals.  In order to avoid multiple depositions of the same physicians, depositions were delayed pending completion of

1

1  these additional evaluations.
2          The parties have made no previous requests for
3  modification of the case schedule.  The parties believe it is in
4  the best interest of the parties and in the interest of justice
5  that the case schedule be modified as follows:

|  | Old Date | **New Date** |
|---|---|---|
| Expert discovery cutoff | July 25, 2008 | **August 29, 2008** |

RESPECTFULLY SUBMITTED,

Dated: July 22, 2008.            McGREGOR W. SCOTT
                                 United States Attorney


                            By:   /s/ Benjamin E. Hall
                                 BENJAMIN E. HALL
                                 Assistant U.S. Attorney
                                 Attorneys for Defendant

Dated: July 22, 2008.            QUINLAN, KERSHAW & FANUCCI


                            By:   /s/ David M. Moeck
                                 DAVID M. MOECK
                                 Attorneys for Plaintiff

     IT IS SO ORDERED.

**Dated:   July 24, 2008**              **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE