BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA NEGRETE, ) | 1:06-cv-01688-LJO-SMS |
| ) | |
| ) | **JOINT STATUS REPORT & ORDER** |
| Plaintiff, ) | |
| ) | Date:      November 17, 2009 |
| v. ) | Time:      10:00 a.m. |
| ) | Ctrm:      7 |
| UNITED STATES OF AMERICA, ) | |
| ) | Hon. Sandra M. Snyder |
| Defendant. ) | |

Plaintiff, Veronica Negrete, and Defendant, United States of America, submit this joint report in preparation for the continued status conference set for November 17, 2009, at 10 a.m.

This is a medical malpractice action arising out of an intramuscular injection of an antibiotic administered to Plaintiff at a federally funded health clinic.  Plaintiff alleges that she suffered sciatic nerve injury as a result of the injection.  The previous case schedule was interrupted when Plaintiff was diagnosed with a serious illness unrelated to the claims in this case.

The aggressive treatment prescribed for Plaintiff's unrelated illness continued longer than anticipated, but

Plaintiff's counsel has now been advised by Plaintiff's physicians that the course of her treatment is substantially complete, and that Plaintiff will now be able to participate in the conduct of this litigation.  The parties are therefore prepared to continue discovery and to reschedule the case for trial.

    The parties propose the following schedule:

| | |
|---|---|
| Expert Discovery Cutoff: | 3/26/10 |
| Pretrial Motion Filing Deadline: | 4/02/10 |
| Pretrial Conference: | 6/14/10, 8:30am, Ctrm. 2/**AWI** |
| Court Trial (4 days): | 7/26/10, 8:30am, Ctrm. 2/**AWI** |
| Settlement Conference: | *not applicable at this time* |

                                      RESPECTFULLY SUBMITTED,

Dated: November 12, 2009.        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:  <u>/s/ Benjamin E. Hall</u>
                                     BENJAMIN E. HALL
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant

Dated: November 12, 2009.        QUINLAN, KERSHAW & FANUCCHI

                                        [Authorized 11/12/09]

                                By:  <u>/s/ David M. Moeck</u>
                                     DAVID M. MOECK
                                     Attorneys for Plaintiff

**IT IS SO ORDERED.**

**Dated:   November 17, 2009**                /s/ Sandra M. Snyder
                                         **UNITED STATES MAGISTRATE JUDGE**