IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NEGRETE, | CASE NO. CV-F-06-1688-LJO-SMS |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLMENET** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 15, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the June 14, 2010 pretrial conference and the July 26, 2010 court trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   June 9, 2010**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE