BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA NEGRETE,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | 1:06-cv-01688-LJO-SMS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS** |

   Plaintiff, Veronica Negrete, and Defendant, United States of America, respectfully request an extension of time to August 20, 2010, to file appropriate papers to dismiss this action in its entirety.  The parties have signed an agreement to fully and finally settle all claims in this action, and counsel have submitted to the appropriate federal agency the documents necessary to effectuate the settlement.  As of this date, however, the agency has not yet completed its processing and payment of the settlement amount.  The parties therefore request that the Court grant the requested extension of time to fully conclude this matter.

```
                                    RESPECTFULLY SUBMITTED,

Dated: July 15, 2010.               BENJAMIN B. WAGNER
                                    United States Attorney

                               By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant

Dated: July 15, 2010.               QUINLAN, KERSHAW & FANUCCHI

                                    [As authorized 7/15/10]

                               By:  /s/ David M. Moeck
                                    DAVID M. MOECK
                                    Attorneys for Plaintiff
```

### ORDER

FOR GOOD CAUSE STATED, THE EXTENSION IS GRANTED.

IT IS SO ORDERED.

**Dated:  July 15, 2010**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE