# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NEGRETE, | CASE NO. CV-F-06-1688-LJO-SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' August 17, 2010 stipulation, this Court DISMISSES with action with prejudice, each party to bear its own fees and costs, and DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   August 18, 2010**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE